BEFORE THE SECOND DIVISION, OCTOBER 16, 1946

No. 51358.— Protests 543288- G, etc., of Lewis & Locke, Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 16, 1946

No. 51359.—Protests 946606–G, etc., of Iwata Trading Co., Inc., et al. (San Francisco).

Opinion by KEEFE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Woolworth* v. *United States* (T. D. 47647) and Abstract 34216. In accordance therewith the claim for free entry under paragraph 1703 was sustained.